UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARIM MAASARANI,

                          Plaintiff,

          – against –

AMZAK CAPITAL MANAGEMENT,
MAJALIN LLC, *and* AMZAK HEALTH
INVESTORS LLC,

                          Defendants.

**ORDER**

25-cv-9487 (ER)

RAMOS, D.J.:

On March 2, 2026, the Court held a pre-motion conference concerning Defendants' request for leave to file a motion to compel arbitration. *See* Doc. 15. At the conference, Maasarani stated that he did not contest the fact that the case should be arbitrated.

Accordingly, the case is stayed pending arbitration. The parties are directed to advise the Court of the result of arbitration within 48 hours of its conclusion.

It is SO ORDERED.

Dated:    March 2, 2026
          New York, New York

_____
          Edgardo Ramos, U.S.D.J.